# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALBAMA

In re:                                          CASE NO. 09-30026
**Earnest J. Rudolph**
**Cheryl D. Rudolph**
     **Debtor(s)**                              CHAPTER 13

## CERTIFICATE OF LAPSE

COMES NOW a Creditor in this cause, FAMILY AUTO SALES, LLC, by and through its undersigned attorney, and certifies to this Honorable Court the following:

1.  Earnest J. Rudolph and Cheryl D. Rudolph filed a Petition under Chapter 13 of the United States Bankruptcy Code on January 7, 2009.

2.  Movant has a valid security interest in, or lien on, the following personal property used to secure the repayment of a secured debt (Court Claim #10) referenced in the instant proceeding:

    1999 BMW 323I 4-Door Sedan
    VIN: WBAAM3335XFP53656

3.  This Court previously entered a "Conditional Order Terminating Stay" on March 5, 2009 due to Debtor's failure to maintain insurance.

4.  Movant has received notice that the insurance has again lapsed for this vehicle.

5.  Pursuant to the terms of said order, the stay will terminate pursuant to this order, without further hearing, if the debtors fail to provide proof of insurance within ten days from the filing date . . ." of this Certificate.

RESPECTFULLY SUBMITTED on this the 26th day of January, 2010.

OF COUNSEL:

GRAINGER LEGAL SERVICES, LLC    BY: /S/ CHARLES E. GRAINGER, JR.
4220 N. Carmichael Court          Charles E. Grainger, Jr. (ASB-6564-G26C)
Montgomery, AL 36106              Attorney for Movant
Tel. (334) 260-0500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Debtor, Earnest J. Rudolph and Cheryl D. Rudolph, of 6024 Boling Brook Drive Montgomery, AL 36117 and the attorney of record for the Debtor, Vonda S. McLeod, Shinbaum, McLeod & Campbell, PC, 566 S. Perry Street P.O. Box 201 Montgomery, AL 36101, by forwarding a copy of the same to said by U.S. Mail, properly addressed with postage prepaid.

Dated this 26th day of January, 2010.

GRAINGER LEGAL SERVICES, LLC       BY: /S/ CHARLES E. GRAINGER, JR.
4220 N. Carmichael Court                Charles E. Grainger, Jr. (ASB-6564-G26C)
Montgomery, AL 36106                     Attorney for Movant
Tel. (334) 260-0500